## THE LAW FIRM OF TESE & MILNER
One Minetta Lane
New York, New York 10012

_____

| | | |
|---|---|---|
| Michael M. Milner, Esq. | (212) 475-3673 | Vincent S. Tese, Esq. |
| Angela Tese-Milner, | Fax (212) 598-5864 | (1903- 1972) |
| _____ | | Raymond V. Tese, Esq. |
| Brendan B. Gilmartin, Esq. | | (1912-2002) |

July 1, 2015

Judge James L. Garrity
United States Bankruptcy Court—SDNY
One Bowling Green
New York, NY 10004

Re: *David Lewis Greenstein*; Case No. 12-13150

Dear Judge Garrity:

    I am writing you today to provide you an update on the status of the above referenced case. I am currently in the process of reviewing the tax liabilities of the estate and retaining an accountant to prepare the final tax return. I anticipate submitting the Final Report and Final Fee Applications for review with the Office of the U.S. Trustee, within the near future.

                                                           Respectfully,

                                                           /s/ Angela Tese-Milner
                                                           Angela Tese-Milner
                                                           *Chapter 7 Trustee for the Estate of*
                                                           *David Lewis Greenstein*
                                                           One Minetta Lane
                                                           New York, NY 10012